Donald E. UMBACH, Respondent,

v.

DIRECTOR OF REVENUE, Appellant.

No. WD 65904.

Missouri Court of Appeals, Western District.

Nov. 28, 2006.

Cherylayn C. Nield, Jefferson City, MO, for appellant.

Robert H. Martin, Independence, MO, for respondent.

Before SMART, P.J., SMITH and HARDWICK, JJ.

### ORDER

PER CURIAM.

The Director of Revenue appeals from a judgment reinstating Donald Umbach's driving privileges, which had been revoked pursuant to Section 302.505, RSMo Cum. Supp.2004. Upon review of the briefs and the record, we find no error and affirm the trial court's judgment. We have provided the parties with a Memorandum explaining the reasons for our decision because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).